**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Cook, surviving mother and Personal Representative for the Estate of Vandon Moses, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | No. CV-05-3238-PHX-SMM<br><br>**ORDER** |

Having received the Defendant's Unopposed Motion to Extend the Discovery and Disclosure Deadlines (Doc. 15), filed with the Court on April 5, 2007, and good cause appearing,

**IT IS HEREBY ORDERED GRANTING** the Unopposed Motion to Extend the Discovery and Disclosure Deadlines (Doc. 15), filed with the Court on April 5, 2007.

**IT IS FURTHER ORDERED** that Plaintiff shall disclose the identity of any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705 no later than **May 22, 2007**.

**IT IS FURTHER ORDERED** that Defendant shall disclose the identity of any person who may be used at trial to present evidence under Federal Rules of Evidence 701, 702, 703, 704, and 705 no later than **June 26, 2007**

**IT IS FURTHER ORDERED** that Rebuttal Experts, if any, shall be disclosed no later than **July 24, 2007**.

**IT IS FURTHER ORDERED** that all discovery, including the deposition of all parties, witnesses and experts, answers to interrogatories, and supplements to interrogatories must be completed by **September 4, 2007**.

DATED this 9th day of April, 2007.

Stephen M. McNamee
United States District Judge