**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Cook, surviving mother and Personal Representative for the Estate of Vandon Moses, deceased,<br><br>           Plaintiff,<br><br>     v.<br><br>United States of America,<br><br>           Defendant. | No. CV-05-3238-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Notice of Settlement filed by Defendants, in which they inform the Court that the parties have reached a settlement. (Dkt. 18.)

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal with prejudice no later than **Friday, May 18, 2007**.

**IT IS FURTHER ORDERED** that a settlement status hearing is set for **Monday, June 11, 2007 at 10:30 a.m.**  If a stipulation for dismissal with prejudice is filed on or before Friday, May 18, 2007, the settlement status hearing shall be vacated.

DATED this 19th day of April, 2007.

_____
Stephen M. McNamee
United States District Judge