**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Cook, surviving mother and Personal Representative for the Estate of Vandon Moses, deceased,<br><br>              Plaintiff,<br><br>     v.<br><br>United States of America,<br><br>              Defendant. | No. CV-05-3238-PHX-SMM<br><br>**ORDER** |

Pending before the Court is a Notice of Settlement Payment Status filed by Defendant United States of America (Doc. 20), in which Defendant notifies the Court of the payment status of the matter presently before the Court.  Defendant informs the Court that payment of a settlement against the United States involves submission by the United States' Attorney to the United States Department of the Treasury, Financial Management Service ("FMS") of a request for payment of the settlement amount to Plaintiff and her attorney of the agreed settlement amount, together with a copy of the fully executed settlement agreement. The Court is of the understanding that, on average, the Treasury Department's processing of such requests take approximately six to eight weeks following receipt by the FMS of the request for payment documents.  The United States received a signed settlement agreement from the Plaintiff on May 7, 2005 and issued the same with applicable paperwork to the FMS on May 9, 2005, requesting that settlement proceeds be mailed directly to Plaintiff's counsel. Thus, the Court

1  recognizes that, at the earliest, Plaintiff could receive payment of settlement proceeds at or after
2  June 20, 2007, nine days after the date previously set for a settlement status hearing.
3       Accordingly,
4       **IT IS HEREBY ORDERED** that the parties shall file a stipulation for dismissal with
5  prejudice no later than **Friday, August 17, 2007**.
6       **IT IS FURTHER ORDERED** that the settlement status hearing previously set for
7  **Monday, June 11, 2007 at 10:30 a.m.** is hereby **VACATED**.
8       **IT IS FURTHER ORDERED** that a settlement status hearing is set for Monday,
9  **September 10, 2007 at 10:00 a.m.**  If a stipulation for dismissal with prejudice is filed on or
10 before **Friday, August 17, 2007**, the settlement status hearing shall be vacated.
11      DATED this 17th day of May, 2007.
12
13
14
15                     Stephen M. McNamee
16                     United States District Judge
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -