**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Virginia Cook, surviving mother and Personal Representative for the Estate of Vandon Moses, deceased,<br><br>    Plaintiff,<br><br>  v.<br><br>United States of America,<br><br>    Defendant. | No. CV-05-3238-PHX-SMM<br><br>**ORDER** |

Pursuant to the Joint Stipulation of Voluntary Dismissal filed by the parties (Doc. 22 ) and Rule 41(a)(1)(ii)of the Federal Rules of Civil Procedure,

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own costs and attorneys' fees incurred in connection with this case.

**IT IS FURTHER ORDERED** that the status conference previously scheduled for September 10, 2007, at 10:00 a.m. is hereby **VACATED**.

DATED this 9th day of July, 2007.

Stephen M. McNamee
United States District Judge